on the brief were *Solicitor General Perlman* and *Assistant Attorney General McInerney.*

No. 665.   AUTO TRANSPORTS, INC. ET AL. *v.* UNITED STATES ET AL.
*Per Curiam:* The motion to affirm is granted and the judgment is affirmed.   *James W. Wrape, Glenn M. Elliott* and *L. Karlton Mosteller* for Auto Transports, Inc.; and *Henry M. Hogan* and *Walter R. Frizzell* for General Motors Corporation, appellants.   *Solicitor General Perlman* and *Daniel W. Knowlton* for the United States and the Interstate Commerce Commission, appellees.

No. 671.   BALTIMORE STEAM PACKET Co. *v.* VIRGINIA; and
No. 672.   NORFOLK, BALTIMORE & CAROLINA LINE, INC. *v.* VIRGINIA.
*Per Curiam:* The motion to dismiss is granted and the appeals are dismissed.   *Tazewell Taylor, Jr.* for appellant in No. 671.   *John W. Oast, Jr.* for appellant in No. 672.   *J. Lindsay Almond, Jr.,* Attorney General of Virginia, and *Henry T. Wickham,* Assistant Attorney General, for appellee.   Reported below: 193 Va. 55, 68 S. E. 2d 137.

No. 456.   UNITED STATES *v.* HENNING ET AL.   This case is restored to the docket for reargument.

No. 395, Misc.   NOR WOODS *v.* KING ET AL.   Supreme Court of California.   Certiorari denied.   Motion for leave to file petition for writ of mandate also denied.